■ The People of the State of New York, Respondent, v. Norman Brabson, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McNally, JJ.